Maria E. Quiroga
Nevada State Bar Number: 13939
7935 W. Sahara Ave.
Suite #103
Las Vegas, NV 89117
(702) 441-0854
Maria@QuirogaLawOffice.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN ENCISO and JUAN ALBERTO DONIS RAYMUNDO,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, PHILIP SLATTERY, RICHARD C. VISEK<br><br>Defendants. | CASE NO. 2:23-cv-00695-JAD-MDC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF CASE WITHOUT PREJUDICE**<br><br>ECF No. 23 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Christian Enciso and Juan Alberto Donis Raymundo, by and through their attorney, and the attorney for the Defendants, respectfully submit this Joint Stipulation for Dismissal of Case Without Prejudice.

On August 11, 2023, the Defendants submitted a Stipulation to Stay Case pending resolution of the *Mercado* appeal, which was granted that same day.

Following the Court's order, U.S. Citizenship and Immigration Service adjudicated

Plaintiff Juan Alberto Donis Raymundo's provisional unlawful presence waiver application on September 4, 2024. The parties stipulated to dismiss from this case all Defendants associated with Plaintiff Juan Alberto Donis Raymundo's waiver on October 16, 2024.

At this time, U.S. Department of State has conducted Juan Alberto Donis Raymundo's consular visa interview and adjudicated his visa application. The parties therefore agree that this complaint is now moot and move to dismiss the case without prejudice. The parties further agree that upon dismissal each party is to bear its own fees and costs for litigation on this case.

Respectfully submitted on this 11th day of February 2025.

| | |
|---|---|
| s/*Maria Quiroga* | s/*Richard T. Colonna* |
| Maria E. Quiroga | Richard T. Colonna |
| Nevada State Bar Number: 13939 | Assistant United States Attorney |
| *Attorney for Plaintiffs* | *Attorney for the United States* |

# ORDER

Based on the parties' stipulation **[ECF No. 23]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 13, 2025